## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | | |
|---|---|---|
| **LARRY GREG WALLACE** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. _____ |
| | ) | |
| **TRUSTEES OF THE UMWA 1974** | ) | |
| **PENSION TRUST,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

### REQUEST FOR SERVICE BY CERTIFIED MAIL

Please serve the defendant(s):

**Trustees of the UMWA 1974 Pension Trust**
**2121 K Street NW, Suite 350**
**Washington D.C. 20037**

by certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

                                               */s/ Lloyd W. Gathings*
                                               Lloyd W. Gathings
                                               Honora M. Gathings
                                               Kimberly B. Massey
                                               Attorneys for Plaintiff

OF COUNSEL:
Lloyd W. Gathings
Honora M. Gathings
Kimberly B. Massey
Gathings Law
2140 11th Avenue South, Suite 210

Birmingham, AL 35205
(205) 322-1201
(205) 322-1202
lgathings@gathingslaw.com
hgathings@gathingslaw.com
kmassey@gathingslaw.com